No. 01–8046. ARCE SERRANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8047. PEREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8048. ROJAS-FRANCO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8050. BELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8051. CLINE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8053. VILLARREAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8054. PATRICK v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–8056. CHAVEZ-MAGANA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8059. COVINGTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8065. KEMP v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8066. MATEO-MENDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8068. BENNETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8071. DUQUE DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8075. PEREZ-ESPINOZA, AKA ESPINOZA, AKA ESPINOZA-PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8076. PAUL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–8082. HAYS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.